# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

LEONARDO VARONA THOMAS,
A#249126765,

                                    Petitioner,

v.

WARDEN JEREMY CASEY,

                                    Respondent.

Case No.:  26-cv1856-DMS-MMP

**ORDER:**

**(1) GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS [ECF No. 4]; (2) DISCHARGING ORDER TO SHOW CAUSE [ECF No. 2]; AND (3) REQUIRING RESPONSE**

Petitioner Leonardo Varona Thomas, an immigration detainee proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  *See* ECF No. 1. On March 30, 2026, the Court issued an Order to Show Cause why the Petition should not be dismissed for failure to satisfy the filing fee requirement, and instructed Petitioner that in order to avoid dismissal of this case, he must either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee on or before May 26, 2026.  ECF No. 2.

On April 10, 2026, Petitioner filed a motion for leave to proceed in forma pauperis in which he attests he has no means to pay the $5.00 filing fee.  ECF No. 4.  Accordingly, the Court **GRANTS** Petitioner's motion to proceed in forma pauperis.  The Clerk shall file the Petition for a Writ of Habeas Corpus without prepayment of the filing fee.  Because the

filing fee requirement has now been satisfied, the Court **DISCHARGES** the Order to Show Cause.

Respondent is hereby ordered to show cause why the Petition should not be granted by filing a written response no later than **April 27, 2026**. Petitioner may file a reply no later than **April 30, 2026**.

To maintain the status quo, Respondent, his officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance. The Court is dealing with unprecedented numbers of habeas petitions and will issue its decision as soon as possible.

Dated: April 20, 2026

Hon. Dana M. Sabraw
United States District Judge