**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

VARONA THOMAS LEONARDO,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.: 26cv1856 DMS MMP

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. In Case No. 26cv2013, which is duplicative of the present case, Respondent filed a Return to the Petition stating he "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (Return at 1-2.) Accordingly, Respondent is directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond. Respondent shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED**.

Dated: June 11, 2026

Hon. Dana M. Sabraw
United States District Judge